**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20475-Cr-MORENO**

**UNITED STATES OF AMERICA**

**v.**

**JHENNY HERNANDEZ-ARIAS**

      **Defendant.**

_____/

## GOVERNMENT'S WITNESS LIST

The United States hereby submits the list of witnesses it expects to call at trial:

1. Jacob Crandall, Homeland Security

2. Antonio Vazquez, Homeland Security

3. Kevin Enyart, Homeland Security

4. Paula Bello

5. Jose Julian Nieto Zambrano

6. Noor Lachab, FBI

7. Jose De La Sierra, FBI

Respectfully submitted,
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/Frank H. Tamen
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 261289
99 Northeast 4th Street, Suite 700
Miami, Florida 33132-2111
Telephone: 305-961-9022
Email: Frank.Tamen@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 12, 2026, the undersigned electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.


By:   /s/ Frank H. Tamen
      Frank H. Tamen
      Assistant United States Attorney