UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 25-20475-CR-MORENO**

UNITED STATES OF AMERICA,

vs.

JHENNY PAOLA HERNANDEZ ARIAS,

Defendant.

_____/

## VERDICT FORM

As to **Count 1** of the Indictment, we, the Jury, unanimously find the Defendant,
**JHENNY PAOLA HERNANDEZ ARIAS:**

**GUILTY** ___✓___          **NOT GUILTY** _____

**SO SAY WE ALL**

FOREPERSON OF THE JURY

Date: 2/18/2026