

**Transcription Details: July 27, 2023**

UCA: Chicago, Illinois Homeland Security undercover agent

HERNANDEZ: Jhenny HERNANDEZ Arias

[ui]: unintelligible

*The following document reflects an English transcription and translation of a recorded conversation originally conducted in Spanish. The transcription and translation were prepared based on a review of the audio recording. Due to inherent limitations of recorded media, this transcription and translation may not constitute a complete, verbatim, or exact representation of the original conversation.*

**Transcription:**

[HERNANDEZ exits adjacent vehicle, and enters UCA vehicle]

*Start time - 26:20*

UCA:          It's open, it's open.

HERNANDEZ: [ui] [hands UCA a red shopping bag with white markings] Look, this is the little box. One hundred thirty. They're super organized.

UCA:          That's how I like it.

HERNANDEZ:          Yeah.

UCA:          Look, I want to revise – more than—

HERNANDEZ: I have to sign it, you or me?

UCA:          Look – um – because they told me that there was another one, that I should tear it in half.

HERNANDEZ: How do you mean?

UCA:          Because yes, supposedly – if you want you can talk to him – he told me that tomorrow they were going to give me another seventy. I don't know –

HERNANDEZ: With the same? --



GOVERNMENT EXHIBIT

CASE NO. 2 5-20475

EXHIBIT NO. 28

2

UCA:            With the same serial.

HERNANDEZ: Oh okay. [HERNANDEZ begins reading] Four ... two... nine... three ...[ui] eight. Okay so I am going to call, yes?

UCA:            Yes, dial him (call him) because he told me that [ui] I got confused but if I am going to give this one to you, I can tear it. Before I tear it, I want you to sign it.

HERNANDEZ:        [HERNANDEZ holds phone to ear but continues to speak with UCA] I can sign it. In every little bundle there is five thousand.

UCA:            Every little bundle there is five thousand? How many little bundles are there?

HERNANDEZ: Several [laughs].

UCA:            [ui] [laughs]

HERNANDEZ: [ui] [HERNANDEZ is on the phone and begins talking to unknown person]

Hola.

How are you?

Hey!

Good good.

He is saying that he is going to give me only half the serial because tomorrow I don't know – like – there will be another one from that same serial.

Yeah?

Oh okay okay.

Okay.

Bye.

HERNANDEZ: He says yes. So then I'll sign – look [HERNANDEZ redirects UCA's attention to her phone screen] – I organized the bundles like this.

UCA:            They're [ui] ---

HERNANDEZ:        [HERNANDEZ begins counting, and pointing to her phone screen] Two ... four...

UCA:            Twenty...twenty-six.

HERNANDEZ: [HERNANDEZ continues counting in background] Six... eight...ten...twelve... fourteen...sixteen... eighteen [ui] [HERNANDEZ nods]

HERNANDEZ: [HERNANDEZ is holding a pen] Hold it down well. Then, which one do I sign? – Both of them have ...--

UCA: Yes, the two have the – look—

HERNANDEZ: Oh okay.

UCA: If you want, keep that one. And I'll keep this one.

HERNANDEZ: So I sign, which one?

UCA: Sign over here.

HERNANDEZ: So I'll write -- [HERNANDEZ looks for a different surface to begin writing]

UCA: Use the phone.

HERNANDEZ: [HERNANDEZ continues to write] So I am giving you -- one hundred thirty... today is?

UCA: The twenty seventh, of July.

HERNANDEZ: [HERNANDEZ continues to write] Without .... counting. [HERNANDEZ takes out phone] I'll take a picture, you can confirm. [HERNANDEZ hands UCA the other half of the bill that was in her hand] And you can keep this one.

UCA: Without ... counting...

HERNANDEZ: Ah huh.

UCA: Supposedly, without [ui]

HERNANDEZ: Yes, I wrote it ...one hundred thirty without counting. [HERNANDEZ points with her finger]. [HERNANDEZ proceeds to take a picture using her phone] – done. Well, it's been a pleasure.

UCA: So, I will not be seeing you tomorrow?

HERNANDEZ: I am not sure, I think yes.

UCA: For the seventy then, I will try to receive it, umm do you thi – if it is tomorrow do you think...?

HERNANDEZ: [HERNANDEZ nods] Here? Same place? Yes, yes, sounds good.

UCA:              Okay.

HERNANDEZ: Okay.

UCA:              Sounds good.

HERNANDEZ: Good day.

UCA:              No, thank you.

HERNANDEZ: [ui]

UCA:              Ciao.

HERNANDEZ: [HERNANDEZ steps out of the vehicle, and points towards item on passenger floor board where shopping bag was located] [ui] remember [ui] hold on to it well-

UCA:              Yes yes, I will hold on to it well.

*End time - 29:36*

**Transcription Details:  July 28, 2023**

UCA: Chicago, Illinois Homeland Security undercover agent

HERNANDEZ: Jhenny HERNANDEZ Arias

[ui]: unintelligible

*The following document reflects an English transcription and translation of a recorded conversation originally conducted in Spanish. The transcription and translation were prepared based on a review of the audio recording. Due to inherent limitations of recorded media, this transcription and translation may not constitute a complete, verbatim, or exact representation of the original conversation.*

**Transcription:**

[HERNANDEZ exits adjacent vehicle, and enters UCA vehicle]

*Start time - 05:23*

HERNANDEZ:      Hello

UCA:      Hello

HERNANDEZ:      How are you?

UCA:      Good good. You?

HERNANDEZ:      Good.

UCA:      It's really hot.

HERNANDEZ:      [ui] Horrible. You're Mexican?

UCA:      Yes.

HERNANDEZ:      [laughs]

UCA:      Can you tell or what?

HERNANDEZ:      Yes.

UCA:      You, where are you from?



GOVERNMENT EXHIBIT

CASE NO. 25-20475

EXHIBIT NO. 29

HERNANDEZ:        Colombia.

UCA:        Colombia.

HERNANDEZ: Ah huh [HERNANDEZ removes a black plastic bag out of a small black purse] Look,  I brought them like this because they are hundreds. In every bundle there are ten. And that one right there [points to the black bag] – it's six-hundred .... [HERNANDEZ corrects herself] sixty-four.

UCA:        [UCA hands HERNANDEZ a pen] Yup. It's the same one.

HERNANDEZ: [Takes half of a dollar bill]

UCA:        I am sure you make note.

HERNANDEZ: Yes, yes, yes, it's better [HERNANDEZ takes out paper from purse]. That's the – that's the one [HERNANDEZ begins to count] ten, twenty, thirty, fourty, fifty sixty.

UCA:        Seventy.

HERNANDEZ: No, no. It's not seventy complete.

UCA:        No?

HERNANDEZ: It's sixty .... I am not sure if he told you but [HERNANDEZ takes out phone] I'll confirm. It's sixty ... [HERNANDEZ refers to her phone] I have it here. Wait wait. Sixty-four, six fifty.

UCA:        [ui]

HERNANDEZ: [ui] [HERNANDEZ writes] Sixty-four, six fifty...

UCA:        [Repeats] Sixty-four, six fifty.

HERNANDEZ: Today is..? Twenty --

UCA:        Eight.

HERNANDEZ: [HERNANDEZ uses her phone to take a picture of where she was just writing.] [ui]

UCA:        [ui]

HERNANDEZ: [Hands UCA the pen. Wipes telephone camera using her shirt.]

UCA:        [UCA is writing]

HERNANDEZ: Ah huh [HERNANDEZ nods]

UCA: We agree.

HERNANDEZ: Perfect [HERNANDEZ takes picture] Sounds good.

UCA: [ui]

HERNANDEZ: [ui] I took my picture, and I will take it. You live here?

UCA: Uhh -- A little out from here.

HERNANDEZ: [ui] from Miami, I live in Miami.

UCA: From Miami?

HERNANDEZ: I live in Miami, yes.

UCA: You are going to go back?

HERNANDEZ: Yes at ten I will leave.

UCA: Right now?

HERNANDEZ: Yes.

UCA: Did you get Colombian food here?

HERNANDEZ: No, no.

UCA: There are spots here.

HERNANDEZ: [ui] I was looking and I couldn't find any.

UCA: There is a chicken one, it's called "Pollo—they make chicken, it's called "Pollo....

HERNANDEZ: Like asados? Or what?

UCA: Yes. And it's here by – by--

HERNANDEZ: Like over there -- ahh huh [HERNANDEZ points toward windshield]

UCA: From here it's like – here close to the airport. Which airport are you flying out of?

HERNANDEZ: "O ...H ..."

UCA: ORD

HERNANDEZ: Ah huh.

UCA:            It's one of chicken and it's like ten minutes from the airport.

HERNANDEZ: Oh look at that.

UCA:            And later … in the center of Chicago, there is one right there –

HERNANDEZ: For the next one, I'll be back.

UCA:            For the next one, if I get the turn lets go and we'll eat there.

HERNANDEZ: Oh okay. Yes, lets do it.

UCA:            Yes, you would be down.

HERNANDEZ:        Yes, super. I was originally supposed to leave at three but I had to change my flight because of – the coordination--

UCA:            Oh I was with another ---

HERNANDEZ: And I was like "ay no".

UCA:            Look—

HERNANDEZ:        They told me it was at eleven and I had to --

UCA:            I was at with umm –

HERNANDEZ: -- oh okay okay --

UCA:            -- doing another one, and that's why I was late.  But yes they told me, but yesterday they didn't say anything. That's why I said [ui] – no -- it was another one.

                Next time!

HERNANDEZ: Yeah, it's always the same.

UCA:            Yes. How about you?

HERNANDEZ: Me, I have a dessert business but I go every now and then… when they need me urgently I'll do them the favor.

UCA:            And they send you wherever?

HERNANDEZ: Wherever.

UCA:            They should help me as well.

HERNANDEZ: Yeah?

UCA:            I'll go too!

HERNANDEZ: Oh okay.

UCA:            Let them know, maybe you can talk to them and let them know I can also go.
                If you can do me the favor and they can call me.

HERNANDEZ: I go to Atlanta, Chicago, to Houston, I go to – no, better said—New York.

UCA:            New York. I don't like it. I've been, but no, I don't like it. I like to go to
                California, Texas – I want to go to Miami.

HERNANDEZ:        But Miami doesn't come out.

UCA:            Why not?

HERNANDEZ: I don't know [ui] I live over there, and I haven't gotten not one. [HERNANDEZ
                exits vehicle] Ciao, have a great day!

UCA:            Ciao, ciao!


*End time - 09:10*



GOVERNMENT
EXHIBIT

CASE
NO. 25-20475

EXHIBIT
NO. 8





GOVERNMENT
EXHIBIT

CASE
NO. 25-20475

EXHIBIT
NO. 6





Member FDIC
95-14-2005B  03-2020

**BANK OF AMERICA**                      Client Receipt

Thank you for banking with us today.

Please save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms of your account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the next business day we're open.

**Visit bankofamerica.com to learn more about how you can receive money fast through electronic payment methods like direct deposit, Zelle®, ACH, and wires.**

Zelle® and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under license. Terms and conditions apply.

Tran 00067      07/28/2023          11:58
Entity NIL   CC 0890116 Tlr  00007
Account                 ********4680
R/T# 540590135

Deposit                           $130,000.00

IntRef          120T70206M2V2C1T2VXV4863

Member FDIC
95-14-2005B  03-2020

**GOVERNMENT EXHIBIT**

CASE NO. 25-20475

EXHIBIT NO. 30



**NK OF AMERICA**　　　　　　　Client Receipt

ink you for banking with us today.

se save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms
ur account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the
business day we're open.

: bankofamerica.com to learn more about how you can receive money fast
ugh electronic payment methods like direct deposit, Zelle®, ACH, and
s.

and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under
e. Terms and conditions apply.

Tran 00067    07/28/2023        15:37
Entity NIL  GC 8890116 Tlr 00001
Account          ********4680
R/TN 540590135
Deposit                      $64,500.00

IntRef          120T70206N484699C169257

iber FDIC
4-2005B   03-2020

GOVERNMENT
EXHIBIT

CASE
NO. 25-20475

EXHIBIT
NO.  31



GOVERNMENT
EXHIBIT

CASE
NO. 25-20475

EXHIBIT
NO. 9 A



GOVERNMENT
EXHIBIT

CASE
NO. 25-20415

EXHIBIT
NO. 9 C

